111 A.3d 745

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**James Arthur BALL, III, Respondent.**

Supreme Court of Pennsylvania.

March 24, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of March, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

(1) Given the extensive impact the Superior Court's published opinion could have on the lower courts and prosecution offices in situations where a defendant initiates a statutory summary appeal from a Magisterial District Judge's *sua sponte* finding of guilt on an uncharged, lesser-included offense, should this Honorable Court grant review because the purpose for double jeopardy protections are not implicated, or implicated minimally, when the defendant appeals his conviction for a trial *de novo*?

(2) Should this Honorable Court exercise its supervisory authority over the Superior Court's erroneous discharge of defendant and remand his case for sentencing on the lesser-included offense he appeals and necessarily was found guilty of committing?